## SCHILLER v. METROPOLITAN ST. RY. CO.

(Supreme Court, Appellate Division, First Department. March 16, 1900.)

APPEAL—REVERSAL—NEW TRIAL—EXCESSIVE DAMAGES.

    A judgment in favor of plaintiff, and an order denying defendant's motion for a new trial, will be reversed, where it appears from plaintiff's evidence that the damages awarded were excessive.

Appeal from trial term.

Action by Herman Schiller against Metropolitan Street-Railway Company. From a judgment in favor of plaintiff, and from an or-

der denying a motion for a new trial, defendant appeals. Reversed.

Argued before VAN BRUNT, P. J., and BARRETT, RUMSEY, O'BRIEN, and INGRAHAM, JJ.

Charles F. Brown, for appellant.
Jacob Fromme, for respondent.

PER CURIAM. Upon the plaintiff's own testimony, we think the damages here were clearly excessive. Without passing upon the other questions in the case, which may not arise upon another trial, the judgment should be reversed, and a new trial granted, with costs to the appellant to abide the event.